NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336
702-388-6418 (fax)
Susan.cushman@usdoj.gov
Attorney for the plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00218-RFB-VCF |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| vs. | |
| LARRY RASHAD FOSTER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney; SUSAN CUSHMAN, Assistant United States Attorney, counsel for the United States of America and RANDALL ROSKE, counsel for defendant, that sentencing in the above-captioned matter currently scheduled for sentencing on Thursday, February 6, 2020, at 3:15 p.m. be vacated and continued to a date and time convenient to all parties. Both counsel are available the week on March 2, 2020.

This Stipulation is entered into for the following reason:

1. Counsel for the government is has a conflict on February 6, 2020, and is not available.

2. The parties agree to the continuance.

3. The defendant is detained and does not object to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but to permit both sides to prepare for sentencing.

5. This is the third request to continue the sentencing.

6. Counsel for the government is not available on March 5, 2020.

DATED this the 3rd day of February 2020.

NICHOLAS A. TRUTANICH
United States Attorney

\_\_\_\_//s//\_\_\_\_
SUSAN CUSHMAN
Assistant United States Attorney

\_\_\_\_//s//\_\_\_\_
RANDALL ROSKE, ESQ.
Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00218-RFB-VCF |
| Plaintiff, | ORDER TO CONTINUE SENTENCING |
| vs. | |
| LARRY RASHAD FOSTER, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby orders that sentencing in the above-captioned matter be vacated and continued until March 6, 2020 at the hour of 11:15 a.m.

DATED this 4th day of February 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE